**Order entered April 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01143-CV

**KAIZER SHERIFF, Appellant**

**V.**

**SHEHNAZ MOOSA, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-54072-2011**

## ORDER

We **GRANT** appellant's April 8, 2014 unopposed motion for extension of time to file reply brief and **ORDER** the brief be filed no later than April 29, 2014. No further extensions will be granted absent exigent circumstances.

/s/ ELIZABETH LANG-MIERS
JUSTICE